UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

O2HR, LLC, an Illinois limited
liability company,

                Plaintiff,

v.                              Case No. 8:06-cv-373-T-24EAJ

DANIEL J. MITCHELL and ELS
HUMAN RESOURCE SOLUTIONS, INC.,
an Ohio corporation,

                Defendants.
_____/

## **ORDER**

      This cause comes before the Court on the parties' Joint Stipulation for Remand (Doc. No. 6). The complaint in this action was filed on or about February 23, 2006, in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, seeking in part temporary and permanent injunctive relief (Doc. No. 2). On March 7, 2006, Defendants filed a timely Notice of Removal for this case, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 (Doc. No. 1).

      The parties now agree that this is not a case and controversy wholly between citizens of different states and request that this case be remanded to State court "with each party to bear its or his own cost and attorney's fees."

      Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The parties' Joint Stipulation for Remand (Doc. No. 6) is **GRANTED.**
2. The Clerk is directed to remand this action to state court, **CLOSE** the case and **TERMINATE** any pending motions.

**DONE AND ORDERED** at Tampa, Florida, this 10th day of March, 2006.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record